UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY,

            Plaintiff,

v.                                      Case No: 6:17-cv-537-PGB-DCI

CAPE SIESTA MOTEL, LLC.,
& FAWLTY TOWERS, INC.,

                                    /

**PLAINTIFF'S UNOPPOSED MOTION TO CONDUCT
CASE MANAGEMENT CONFERENCE VIA TELEPHONE**

      Plaintiff, Patricia Kennedy, by and through her undersigned counsel, hereby requests the Court allow the parties to conduct their case management conference via telephone. This Motion should be granted for the following reasons.

      1. This is an action brought pursuant to the Americans With Disabilities Act in which the Plaintiff, Patricia Kennedy, is requesting this Court to order the Defendant to remove barriers to access at a motel owned and operated by the Defendants.

      2. The Parties complied with the requirements of this Court's A.D.A. order. By subsequent order, the Court directed the Parties to file a case management report by March 13, 2018.

      3. Local Rule 3.05 requires the parties to meet to prepare the report. The form case management report utilized by this Court states that the meeting shall be in person.

      4. The Plaintiff has circulated a draft report for review and comment.

      5. The office of the Plaintiff's counsel is located in Fort Lauderdale. The

Defendant's counsel is in Melbourne. For either or both counsel to have to travel to a meeting would result in a needless expenditure of time and money. Pursuant to Local Rule 3.01(i), it is the policy of the Middle District of Florida that "the use of telephonic hearings and conferences is encouraged. Whenever possible, particularly when opposing counsel are located in different cities."

**WHEREFORE,** Plaintiff requests the Court allow the Parties to conduct the case management meeting via telephone.

**I HEREBY CERTIFY** that, prior to the filing of this Motion, I conferred with counsel for the Defendants. I am advised that there is no objection to the Court's granting the relief sought in this motion.

**I FURTHER CERTIFY** that, on March 3. 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

*/s/Philip Michael Cullen, III*
Fla. Bar No: 167853
Thomas B. Bacon, P.A.
621 S. Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
e-mail: cullen@thomasbaconlaw.com